## IN THE MATTER OF RICHARD SMYTH, CHARLES CURRY, WILLIAM WATSON, AUGUSTIN LONGDON AND ABRAHAM GEEL

### 1807

#### JOURNAL ENTRIES

1. Affidavit of H. H. Hickman taken and filed  .  .  *Journal, infra,* *p. 122
2. Rule to show cause, etc.  .  .  .  .  .  .  .  .  .  .  "       122

#### PAPERS IN FILE

[None]